SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
EDMOND NEAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>  Plaintiff,<br><br> vs.<br><br>MYSTERY PIER BOOKS, INC.; 8826 SUNSET, INC.; and DOES 1 to 10,<br><br>  Defendants. | Case No.: 2:24-cv-00014-GW (PVCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MYSTERY PEIR BOOKS, INC.** |

**PLEASE TAKE NOTICE** that Plaintiff MICHAEL RHAMBO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant MYSTERY PIER BOOKS, INC. ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: July 3, 2024    SO. CAL. EQUAL ACCESS GROUP

By:    */s/ Jason J. Kim*
     Jason J. Kim
     Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT