1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>            Plaintiff,<br><br>    vs.<br><br>MYSTERY PIER BOOKS, INC.; 8826 SUNSET, INC.; and DOES 1 to 10,<br><br>            Defendants. | Case No.: CV 24-0014-GW-PVCx<br><br>**DEFAULT JUDGMENT**<br><br>Date: June 27, 2024<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Honorable Judge George H. Wu |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff EDMOND NEAL shall have JUDGMENT in Plaintiff's favor in the amount of $2,905.00 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $6,905.00, against Defendant 8826 SUNSET, INC.

//
//
//
//

     Additionally, Defendant 8826 SUNSET, INC. is ordered to provide an accessible parking space at the property located at or about 8826 Sunset Blvd., West Hollywood, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: July 9, 2024

                                           HON. GEORGE H. WU,
                                           United States District Judge